# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-953
Lower Tribunal No. 2020-CA-000870-001-XX

_____

HARSHAD PATEL and BHARTI PATEL,

Appellants,

v.

PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Hugh D. Hayes, Judge.

December 5, 2023

PER CURIAM.

 AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Jeremy D. Bailie, of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellants.

Scot E. Samis, C. Ryan Jones, and Brandon R. Christian, of Traub Lieberman Straus & Shrewsberry, St. Petersburg, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED